UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC DEVRIES,<br><br>    Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC,<br><br>    Defendant. | Case No. 19-cv-708<br><br>Hon. Robert J. Jonker |

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The parties, as evidenced by the signature of their respective counsel below, stipulate to the dismissal of this matter with prejudice and with each party bearing its own fees and costs.

STIPULATED AND AGREED:

Dated: April 8, 2020        /s/Theodore J. Westbrook
                Theodore J. Westbrook (P70834)
                **Westbrook Law PLLC**
                Attorney for Plaintiff
                6140 28th St. SE, Suite 115
                Grand Rapids, MI 49546
                (616) 288-9548
                twestbrook@westbrook-law.net


Dated: April 8, 2020        /s/Derek K. Mountford
                Derek K. Mountford (Fla. Bar No. 127172)
                **Holland & Knight**
                Attorneys for Defendant
                50 North Laura St., Suite 3900
                Jacksonville, FL 32202
                (904) 798-5402
                derek.mountford@hklaw.com

This Order resolves all pending claims and closes the case.

IT IS SO ORDERED.

Dated: _____  _____
                                                                                      Hon. Robert J. Jonker
                                                                                      Chief United States District Judge
                                                                                      Western District of Michigan