UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC DEVRIES,

     Plaintiff,

v.

SPECIALIZED LOAN SERVICING LLC,

     Defendant.

Case No. 19-cv-708

Hon. Robert J. Jonker

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

     The parties, as evidenced by the signature of their respective counsel below, stipulate to the dismissal of this matter with prejudice and with each party bearing its own fees and costs.

STIPULATED AND AGREED:


Dated: April 8, 2020       /s/Theodore J. Westbrook
     Theodore J. Westbrook (P70834)
     **Westbrook Law PLLC**
     Attorney for Plaintiff
     6140 28th St. SE, Suite 115
     Grand Rapids, MI 49546
     (616) 288-9548
     twestbrook@westbrook-law.net


Dated: April 8, 2020       /s/Derek K. Mountford
     Derek K. Mountford (Fla. Bar No. 127172)
     **Holland & Knight**
     Attorneys for Defendant
     50 North Laura St., Suite 3900
     Jacksonville, FL 32202
     (904) 798-5402
     derek.mountford@hklaw.com

     This Order resolves all pending claims and closes the case.

IT IS SO ORDERED.

Dated: _____April 9, 2020_____          /s/ Robert J. Jonker
                                                 _____
                                                 Hon. Robert J. Jonker
                                                 Chief United States District Judge
                                                 Western District of Michigan